No. 12–6986.  BIRDETTE *v.* CHASE RECEIVABLES ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 12–6991.  HODGES *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 12–6993.  MANLEY *v.* WOLVEN.  C. A. 6th Cir.  Certiorari denied.

No. 12–6994.  JIVIDEN *v.* APPLEGATE ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 12–6995.  PERRY *v.* REYNOLDS, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 12–6996.  BIRDETTE ET VIR *v.* AMERICAN HOME SHIELD ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 12–6998.  WILSON *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 12–7000.  BARTHOLOMEW *v.* PASADENA TOURNAMENT OF ROSES ASSN., INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–7004.  HOFFMAN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 12–7005.  BROWN *v.* SOUTH CAROLINA.  Ct. App. S. C.  Certiorari denied.

No. 12–7015.  GLADDEN *v.* SOLIS, SECRETARY OF LABOR.  C. A. 3d Cir.  Certiorari denied.

No. 12–7021.  SHEPARD *v.* BAKER, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–7022.  GERBER *v.* ISABELLA GERIATRIC CENTER, INC.  C. A. 2d Cir.  Certiorari denied.

No. 12–7023.  MITCHELL *v.* NEVEN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 12–7025.  MOBLEY *v.* GEORGIA.  Super. Ct. Clayton County, Ga.  Certiorari denied.